AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MICHELLE MELLEMA,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:09-CV-00361-RCJ-RAM**

HERBERT KAPLIN, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.


   11/3/2009                                    **LANCE S. WILSON**
                                                                 Clerk

                                                            /s/ P. McDonald
                                                             Deputy Clerk